FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )   Case No.: CR 19-0403
                                  )
            Plaintiff,            )
                                  )
      vs.                         )   ORDER OF DETENTION AFTER HEARING
                                  )   [Fed. R. Crim. P. 32.1(a)(6);
Grethel Isabel Edmiston,          )   18 U.S.C. § 3143(a)]
                                  )
            Defendant.            )
_____)

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist./California for alleged violation(s) of the terms and conditions of his (her) [probation] [(supervised release)]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (✓)  The defendant has not met his (her) burden of establishing by clear and convincing evidence that he/(she) is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on strong family ties to Mexico, insufficient bail

1  resources, pending failure to appear, history of substance
2  abuse, instant allegations
3  _____
4  and/or
5  B.  ( )  The defendant has not met his/her burden of establishing by
6      clear and convincing evidence that he/she is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c). This finding is based
9      on:_____
10     _____
11     _____
12     _____
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated: Aug. 17, 2020          /s/ Jean Rosenbluth
                                  JEAN ROSENBLUTH
18                                U.S. MAGISTRATE JUDGE